FILED

03/14/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0572

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 23-0572

SCARLET VAN GARDEREN, et al.,

*Plaintiffs and Appellees*,

v.

STATE OF MONTANA, et al.

*Defendants and Appellants*.

## ORDER GRANTING BIOMEDICAL ETHICS AND PUBLIC HEALTH SCHOLARS LEAVE TO APPEAR AS *AMICI CURIAE*

Pursuant to the unopposed motion for leave to file an amicus brief in the captioned matter by Biomedical Ethics and Public Health Scholars, and good cause appearing,

IT IS HEREBY ORDERED that the motion is Granted, and Amici are granted leave to file their amicus brief on Tuesday, April 9, 2024.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 14 2024